O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR RAY DEERE, SR., <br> Petitioner, <br> v. <br> BORDERS, Warden, <br> Respondent. | Case No. 5:18-cv-00160-R-KES <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 14). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. (Dkt. 15.) The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered (1) DISMISSING the Petition without prejudice to Petitioner asserting his claims relating to medical treatment in a subsequent action pursuant to 42 U.S.C. § 1983, and (2) DENYING

//

leave to amend the Petition to assert the habeas claims contained in the "Ad[d]endum" at Docket Number 12, pages nos. 24-41.

DATED: July 26, 2018

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE