JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR RAY DEERE, SR., <br> Petitioner, <br> v. <br> BORDERS, Warden, <br> Respondent. | Case No. 5:18-cv-00160-R-KES <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is DISMISSED without prejudice to Petitioner asserting his claims relating to medical treatment in a subsequent action pursuant to 42 U.S.C. § 1983.

DATED: July 26, 2018

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE